1NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| PAUL BLACK, § § Appellant, § § VS. § CIVIL ACTION NO. 2:11-CV-00258 § MICHAEL B. SCHMIDT, *et al*, § § Appellees. § | |

## ORDER DENYING RECONSIDERATION

Before the Court is Appellant, Paul Black's Motion for Reconsideration (D.E. 46), which incorporates by reference his Motion for Rehearing and for Leave to Add Recently Discovered Evidence in his related case, Civil Action No. 2:13-cv-00322, pending in this Court. After hearing the matter on this date and having denied the motions in the related case, the Court remains convinced that the Court's Opinion (D.E. 44) was correct. The Court DENIES the Motion for Reconsideration (D.E. 46).

ORDERED this 7th day of April, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE